Price Realty Securities Company, plaintiff-appellant, v. Julius Benke, defendant-appellee. Gen. No. 33,287.

Opinion filed May 29, 1929.
Julius L. Kabaker, for appellant. Adams & Adams, for appellee.
Mr. Justice Wilson delivered the opinion of the court.